THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
WILLIAM H. WILLIAMS, Appellant.

*People* v. *Williams*, 176 App. Div. 898, affirmed.
(Argued April 30, 1917; decided May 15, 1917.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered December 20, 1916, which affirmed a judgment
of the Ontario County Court rendered upon a verdict
convicting the defendant of the crime of forgery in the
second degree.

*William S. Moore* and *John Colmey* for appellant.

*Albert H. Clark* and *N. D. Lapham* for respondent.

Judgment affirmed; no opinion.
Concur: COLLIN, CARDOZO, POUND, MCLAUGHLIN and
CRANE, JJ. Dissenting: HISCOCK, Ch. J., and ANDREWS, J.